# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Pamela J. Dailey,

    Plaintiff,

v.                                                    Case No. 2:18-cv-1163

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.                             Magistrate Judge Jolson

## ORDER

On April 12, 2019, United States Magistrate Judge Jolson issued a Report and Recommendation ("R&R"), ECF No. 11, recommending dismissal of Plaintiff's case as time barred. The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 4–5, ECF No. 11. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* at 5. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. This case is **DISMISSED WITH PREJUDICE**, and the Clerk shall enter final judgment in favor of the Commissioner.

**IT IS SO ORDERED.**

                                                           **MICHAEL H. WATSON, JUDGE**
                                                           **UNITED STATES DISTRICT COURT**